UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAYAN CABRERA PEREZ et al.,<br><br>   Petitioners,<br><br>   v.<br><br>LAURA HERMOSILLO et al.,<br><br>   Respondents. | Case No. 2:25-cv-2542-RSM-MLP<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE** |

Having considered Petitioners' Unopposed Motion for Expedited Briefing Schedule, the Court GRANTS the motion. Accordingly, the Court ORDERS as follows:

1. The clerk is directed to immediately effectuate service of the habeas petition filed in this case upon Respondents and shall immediately email a copy of this order to usawaw.Habeas@usdoj.gov.

2. Respondents shall file their return to the petition within fourteen days of the filing of Petitioners' habeas petition. Respondents may file any arguments that seek to dismiss their petition along with the return, but shall not separately note a motion to dismiss pursuant to Local Civil Rule 7(d).

3. Petitioners shall file any traverse and response to Respondents' return within five days of the filing of Respondents' return.

4. Respondents must provide Petitioners and Petitioners' counsel in this habeas petition at least 48 hours' notice of any removal or transfer of any Petitioner from the Northwest Immigration and Customs Enforcement Processing Center while this habeas petition is pending. If the 48-hour period would expire on a weekend or legal holiday, the period continues to run until the same time on the next day that is not a weekend or legal holiday.

5. The Court terminates the referral to United States Magistrate Judge Michelle L. Peterson in this matter.

6. The Clerk shall note this matter as ready for the Court's consideration on December 30, 2025.

It is so ORDERED.

DATED this 12th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE