District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAYAN CABRERA PEREZ,<br><br>Petitioners,<br><br>v.<br><br>LAURA HERMOSILLO, *et al.*,<br><br>Respondents. | No. 2:25-cv-02542-RSM<br><br>STIPULATED MOTION TO EXTEND DEADLINE AND ORDER<br><br>Noted for Consideration:<br>December 22, 2025 |

For good cause, Petitioners and Federal Respondents, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to extend Federal Respondents' return to the petition for habeas petition to December 29, 2025.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

Recently, the Court issued a General Order announcing its closure on December 24, 2025 and December 26, 2025. Gen. Order 11-25. Pursuant to the current briefing schedule, Federal Respondents' return is due on December 26, 2025. Dkt. No. 15. The parties agree that the return

1  deadline be extended to December 29, 2025.  Petitioners shall file any traverse and response to

2  the return within five days of the filing of Federal Respondents' return.

3  Dated: December 22, 2025               Respectfully submitted,

4                                          CHARLES NEIL FLOYD
                                           United States Attorney

5
                                           s/Michelle R. Lambert
6                                          MICHELLE R. LAMBERT, NYS #4666657
                                           Assistant United States Attorney
7                                          United States Attorney's Office
                                           1201 Pacific Avenue, Suite 700
8                                          Tacoma, Washington  98402
                                           Phone:  206-428-3824
9                                          Email:  michelle.lambert@usdoj.gov

                                           *Attorney for Federal Respondents*
10
                                           ***I certify that this memorandum contains 161***
11                                         ***words, in compliance with the Local Civil Rules.***

12
                                           s/Amanda Ng
13                                         AMANDA NG, WSBA #57181
                                           Northwest Immigrant Rights Project
14                                         615 Second Avenue, Suite 400
                                           Seattle, WA 98104
15                                         Phone: (206) 957-8611
                                           Email: amanda@nwirp.org
16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND ORDER
2:25-cv-02542-RSM - 2

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. Federal Respondents shall file their return to the habeas petition by December 29, 2025.

DATED this 31st day of December, 2025.

RICARDO S. MARTINEZ
United States District Judge