UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAYAN CABRERA PEREZ, *et al.*, <br><br>                        Petitioners, <br><br>     v. <br><br>LAURA HERMOSILLO, *et al.*, <br><br>                        Respondents. | Case No. 2:25-cv-02542-RSM <br><br> ORDER GRANTING FEDERAL RESPONDENTS' MOTION FOR RELIEF |

THIS MATTER, having come before the Court upon Federal Respondents' unopposed Motion for Relief From Order, the Court having reviewed Federal Respondents' Motion and the record herein, and being fully advised.

For good cause, IT IS HEREBY ORDERED that Federal Respondents' Motion, DKt. #26, is GRANTED. This Court dismisses Petitioner Noe Siquina Riscajche from this case and amends the Order, Dkt. No. #25, in accordance.

Dated this 20th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1